UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Display Technologies, LLC

Plaintiff,

-v-

Leantegra, Inc.

Defendant.

Case No. 1:20-cv-7816

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Display Technologies, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Patent Asset Management, LLC

Date: 09/22/2020

Jay Johnson

Digitally signed by Jay Johnson
DN: CN=Jay Johnson, C=US, O=Kizzia Johnson PLLC, E=jay@kjpllc.com
Reason: I am the author of this document
Date: 2020-09-22 13:23:57

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf   SDNY Web 10/2007