### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC § § | |
| Plaintiff, § § | Case No: 1:20-cv-07816-RA |
| vs. § § | PATENT CASE |
| LEANTEGRA, INC. § § | |
| Defendant. § § § | |

### MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

Now comes Plaintiff, Display Technologies, LLC, by and through undersigned counsel, and hereby requests the Court continue the initial pretrial conference currently scheduled for January 22, 2021 (D.E. 10) for an additional sixty (60) days to March 23, 2021, or such other later date as is convenient for the Court. Plaintiff further requests the court extend the deadline to file the Proposed Civil Case Management Plan and Scheduling Order to March 16, 2021.  For cause, Plaintiff states that Defendant has been served but has not yet answered or reached out to Plaintiff. Plaintiff needs additional time to prepare a Motion For Default Judgment.

This Motion is not made for purpose of delay and no previous continuances have been requested.

Dated:  January 14, 2021            Respectfully submitted,

KIZZIA JOHNSON PLLC

*/s/Jay Johnson*
Jay Johnson
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on January 14, 2021. Parties may access the foregoing through the Court's system.

*/s/Jay Johnson*
Jay Johnson
