```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
DISPLAY TECHNOLOGIES, LLC,                                          :
                                                                    :
                              Plaintiff,                            :     20-cv-7816 (LJL)
                                                                    :
            -v-                                                     :     ORDER OF REFERENCE
                                                                    :
LEANTEGRA, INC.,                                                    :
                                                                    :
                              Defendant.                            :
                                                                    :
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute: _____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Settlement

_X_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

    The parties are directed to contact the chambers of Magistrate Judge Katherine H. Parker.

SO ORDERED.

Dated: February 9, 2022
      New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge