# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | CASE NO.: 1:20-cv-07816-LJL-KHP |
| vs. § § | |
| **LEANTEGRA, INC.,** § § | |
| Defendant. § § | |

## DECLARATION OF JAY JOHNSON

I, Jay Johnson, hereby declare and state as follows:

1. My name is Jay Johnson. I am of legal age and under no legal disability. I have personal knowledge of the facts in this Declaration and know them to be true and correct.

2. I am a partner with the law firm Kizzia Johnson, PLLC located at 1900 Pacific Ave., Suite 13000, Dallas, TX 75201, and am counsel of record for Plaintiff Display Technologies LLC in the above-captioned action. I am over eighteen years of age, have personal knowledge of the facts and statements contained in this declaration, and I declare under penalty of perjury that the following is true and correct.

3. I make this Declaration in support of Display Technologies, LLC's fee submission pursuant to the Court's February 11, 2022, Inquest and Scheduling Order [Doc. 27].

4. I have over 27 years of experience in intellectual property law.

5. I am lead counsel in the above referenced case.

6. My hourly rate is $450.

7. Plaintiff Display Technologies, LLC's fee submission is supported by the contemporaneous time records of Plaintiff's counsel for legal services rendered in and related to this action, appended hereto.

8. The total amount of charges to date, supported by Exhibit A appended hereto, is $11,925.00 for attorneys' fees.

9. The fees incurred by Plaintiff in this matter were necessary and reasonable for this type of litigation.

10. The figures for fees and expenses submitted in this matter are true and correct to the best of my knowledge.

11. The figures cited herein cover the time period commencing September 2020 through the date of this declaration.

12. I am of age and of sound mind and otherwise competent to make the declarations herein.

I declare under declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2022.

/s/Jay Johnson
Jay Johnson

## EXHIBIT A

| 9/2/2020 | 4.5 | Reviewing claim chart comparing defendant product with patent-in-suit |
| 9/5/2020 | 4.0 | Preparing complaint and researching defendant corporate information |
| 9/22/2020 | 0.7 | Reviewing initial Court-issued orders |
| 9/25/2020 | 0.4 | Reviewing case reassignment, summons, and order regarding initial case pretrial conference |
| 3/5/2021 | 3.2 | Researching default entry; preparing same; filing of default entry |
| 4/20/2021 | 2.8 | Corresponding with client regarding motion for default judgment; researching defendant sales information |
| 6/22/2021 | 5.9 | Preparing and filing motion for default |
| 2/7/2022 | 1.2 | Reviewing Order referring default to magistrate regarding damages |
| 3/2/2022 | 3.8 | Preparing damages inquest memorandum |

## Summary of Fees

**Time Keeper**           **Hours**
Jay Johnson                26.5      @$450 per hour

Total Fees:                $11,925.00