# AFFIDAVIT OF SERVICE

| Case: 20-cv-7816 (LJL) | Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job: 6760430 (20-cv-7816 (LJL)) |
|---|---|---|---|
| Plaintiff / Petitioner: DISPLAY TECHNOLOGIES, LLC | | Defendant / Respondent: LEANTEGRA, INC. | |
| Received by: A.P.S. PROCESS SERVICES | | For: KIZZIA & JOHNSON, PLLC | |
| To be served upon: LEANTEGRA, INC. | | | |

I, Ramona Talvacchio, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LEANTEGRA, INC., BY DELIVERING TO ITS REGISTERED AGENT, THE CORPORATION COMPANY, WHERE THE DOCUMENT WAS ACCEPTED BY LYNANNE GARES, INTAKE SPECIALIST, 251 LITTLE FALLS DR., WILMINGTON, DE 19808

**Manner of Service:** Registered Agent, Mar 3, 2022, 10:57 am

**Documents:** LETTER AND OPINION AND ORDER (Received Mar 2, 2022 at 5:06 pm)

**Additional Comments:**

1) Successful Attempt: Mar 3, 2022, 10:57 am at 251 LITTLE FALLS DR., WILMINGTON, DE 19808 received by LEANTEGRA, INC., BY DELIVERING TO ITS REGISTERED AGENT, THE CORPORATION COMPANY, WHERE THE DOCUMENT WAS ACCEPTED BY LYNANNE GARES, INTAKE SPECIALIST.

Ramona Talvacchio 03/04/2022

Ramona Talvacchio, Process Server — Date

A.P.S. PROCESS SERVICES
1910 PACIFIC AVENUE, SUITE 9300
DALLAS, TX 75201
214-290-4639

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

3/4/2022 — MAY 14, 2023

**Date** — **Date Commission Expires**

JOSEPH TALVACCHIO JR
Notary Public
State of Delaware
My Commission Expires on May 14, 2023