AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-07816-LJL-KHP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LEANTEGRA, INC.</u> was received by me on *(date)* <u>Mar 29, 2022, 1:08 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>LYNANNE GARES,</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>THE CORPORATION COMPANY, THE REGISTERED AGENT FOR LEANTEGRA, INC.</u> on *(date)* <u>Wed, Mar 30 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 04/01/2022

*Server's signature*

RAMONA TALVACCHIO - PROCESS SERVER

*Printed name and title*

1201 N ORANGE ST., SUITE 714, WILMINGTON, DE 19801

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 30, 2022, 9:55 am at 251 LITTLE FALLS DR, WILMINGTON, DE 19808 received by LEANTEGRA, INC. BY DELIVERING TO ITS REGISTERED AGENT, THE CORPORATION COMPANY, WHERE THE DOCUMENT WAS ACCEPTED BY LYNANNE GARES, LITIGATION MANAGEMENT SERVICES LEADER.

DELIVERED TO THE ABOVE NAMED WAS A LETTER AND PLAINTIFF DISPLAY TECHNOLOGIES, LLC'S PROPOSED FINDINGS FO FACT AND CONCLUSIONS OF LAW ON DAMAGES WITH EXHIBIT 1.