```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DISPLAY TECHNOLOGIES, LLC,

                       Plaintiff,

        -against-

LEANTEGRA, INC.,

                       Defendant.

-----------------------------------------------------------------X

20-CV-7816 (LJL) (KHP)

**ORDER CONVERTING INQUEST HEARING TO TELEPHONIC CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Inquest Hearing in this matter scheduled for **Wednesday, May 4, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      Plaintiff is directed to serve a copy of this order on the Defendant, and file an affidavit of service with the Court.

      SO ORDERED.

DATED:    New York, New York
             April 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge